JULIE M. MCCOY, Bar no. 129640
485 E. 17TH ST.  SUITE 111
COSTA MESA, CA 92627
Telephone: (949) 722-0055
Fax: (949) 722-8416

Attorney for: PLAINTIFF

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CV A 09-6638 |
|---|---|
| Plaintiff, | |
| vs. | CONSENT JUDGMENT |
| WAYNE A. SIMS, | |
| Defendant | |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, against Defendant, Wayne A. Sims, in the principal amount of $1,527.62 plus interest accrued to August 19, 2009, in the sum of $1,391.28; with interest accruing thereafter at 5% annually until entry of judgment, administration costs in the amount of $24.00, for a total amount of **$2,942.90**.

DATED: 9/21/2009                    By: TERRY NAFISI
                                        Clerk of the Court

                                        L. RAYFORD

                                        Deputy Clerk
                                        United States District Court

Page 5